IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV509

| | |
|---|---|
| TREVOR BLAST, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| UNITED STATES POSTAL SERVICE, | ) |
| Defendant. | ) |

This matter is before the court upon Defendant's Motion to Dismiss pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure. The *pro se* Plaintiff was sent a Roseboro notice on December 21, 2006, directing him to respond to Defendant's motion within 14 days. To date, Plaintiff has failed to respond. Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby GRANTED.

Signed: January 29, 2007

Graham C. Mullen
United States District Judge